# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ZACH HILLESHEIM, | |
| Plaintiff, | 8:19CV230 |
| vs. | ORDER |
| HERITAGE PLAZA LLC, | |
| Defendant. | |

This matter is before the Court following a telephone conference with counsel for the parties held on March 27, 2020. Counsel for the parties notified the undersigned magistrate judge that they have settled their claims. Accordingly,

**IT IS ORDERED:**

1. On or before **April 27, 2020**, the parties shall electronically file a joint stipulation for dismissal (or other dispositive stipulation) and shall submit to the trial judge a draft order which will fully dispose of the case;

2. Absent compliance with this order, this case (including all counterclaims and the like) may be dismissed without further notice; and

3. The Clerk of Court shall terminate the pretrial and trial settings, and any hearings set for this case.

Dated this 27th day of March, 2020.

BY THE COURT:

s/ Michael D. Nelson
United States Magistrate Judge